```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
```

**AMERICAN COMMERCIAL LINES, LLC**                         **CIVIL ACTION**

**VERSUS**                                                 **NO. 09-4467**

**WATER QUALITY INSURANCE COMPANY**                        **SECTION "B"(4)**

### ORDER

Considering the foregoing Motion to Dismiss (Rec. Doc. No. 25),

**IT IS ORDERED** that the above captioned and entitled matter be, and the same is hereby **DISMISSED,** with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 14th day of December, 2010.

_____
United States District Judge